U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 2 5 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 96-cr-50061(01) |
| VERSUS | JUDGE WALTER |
| CHARLES ANTHONY | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's objection to the garnishment of his one-half interest in the life insurance policy is overruled. The Motion for Hearing (Doc. 90) is denied as moot.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___25___ day of ___Sept___, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE